Pay Stub — Page 1 of 2



# Children's Hospital of Philadelphia

Number: 2439988
Check Date: 07/19/2018

3401 Civic Center Blvd
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Ebony D. Boyd
318 Highland Ave
Darby, PA 19023
US

Net Pay 773.18

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Ebony D. Boyd | HOSP | 15090 | 07/14/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 44.00 | 1067.44 | 19627.53 |
| Total Deductions |  | 294.26 | 5389.62 |
| Total Net |  | 773.18 | 14237.91 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Imputed income on gift card |  |  |  | 88.00 |
| National Holiday | 4.00 | 24.26 | 97.04 | 479.44 |
| PPL Cash Out |  |  |  | 1940.80 |
| PPL Scheduled | 8.00 | 24.26 | 194.08 | 1347.04 |
| PPL Unscheduled |  |  |  | 479.44 |
| Regular | 32.00 | 24.26 | 776.32 | 15296.61 |
| Retroactive Pay |  |  |  | -18.70 |
| Shift Differential |  |  |  | 14.90 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Addt'l Life (1 to 5x salary) | 0.97 | 24.35 |
| Aetna CDHP | 73.02 | 1024.97 |

https://lawapppl1.chop.edu/lawson/xhrnet/ui/windowplain.htm    7/26/2018

Pay Stub                                                                                    Page 2 of 2

| | | |
|---|---:|---:|
| Aetna Dental PPO Plan | 18.13 | 268.70 |
| City of Philadelphia Wage Tax | 36.90 | 679.83 |
| Emp Prepaid Legal Plan | 9.21 | 138.15 |
| Federal Income Tax Withholding | | |
| Long Term Disability - 66 2/3% | 6.31 | 105.11 |
| Medicare Employee | 14.02 | 263.73 |
| Pa State Income Tax | 29.70 | 558.40 |
| Penna UC/SDI Employee Contrib | 0.64 | 11.78 |
| Social Security EE | 59.97 | 1127.68 |
| Spouse Life Insurance | | 18.20 |
| TIAA/Cref Employer Match | 21.35 | 352.02 |
| TIAA/Cref TSA | 42.70 | 703.96 |
| Union Dues | | 336.41 |
| United Healthcare Vision | 2.69 | 40.35 |

Auto Deposit Distributions

| Account | Amount |
|---|---|

| Pay Stub | | Page 1 of 2 |
|---|---|---|

 **Children's Hospital of Philadelphia**

Print
Number  2424916
Check Date  07/05/2018

3401 Civic Center Blvd
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Ebony D. Boyd
318 Highland Ave
Darby, PA 19023
US

Net Pay  655.72

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Ebony D. Boyd | HOSP | 15090 | 06/30/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 40.00 | 970.40 | 18560.09 |
| Total Deductions | | 314.68 | 5095.36 |
| Total Net | | 655.72 | 13464.73 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Imputed income on gift card | | | | 88.00 |
| National Holiday | | | | 382.40 |
| PPL Cash Out | | | | 1940.80 |
| PPL Scheduled | 4.00 | 24.26 | 97.04 | 1152.96 |
| PPL Unscheduled | | | | 479.44 |
| Regular | 36.00 | 24.26 | 873.36 | 14520.29 |
| Retroactive Pay | | | | -18.70 |
| Shift Differential | | | | 14.90 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Addt'l Life (1 to 5x salary) | 0.97 | 23.38 |
| Aetna CDHP | 73.02 | 951.95 |

https://lawappp11.chop.edu/lawson/xhrnet/ui/windowplain.htm                                            7/26/2018

|  | | |
|---|---:|---:|
| Aetna Dental PPO Plan | 18.13 | 250.57 |
| City of Philadelphia Wage Tax | 33.54 | 642.93 |
| Emp Prepaid Legal Plan | 9.21 | 128.94 |
| Federal Income Tax Withholding | | |
| Long Term Disability - 66 2/3% | 6.31 | 98.80 |
| Medicare Employee | 12.61 | 249.71 |
| Pa State Income Tax | 26.72 | 528.70 |
| Penna UC/SDI Employee Contrib | 0.58 | 11.14 |
| Social Security EE | 53.96 | 1067.71 |
| Spouse Life Insurance | | 18.20 |
| TIAA/Cref Employer Match | 19.41 | 330.67 |
| TIAA/Cref TSA | 38.82 | 661.26 |
| Union Dues | 38.12 | 336.41 |
| United Healthcare Vision | 2.69 | 37.66 |

Auto Deposit Distributions

| Account | Amount |
|---|---|

 **Children's Hospital of Philadelphia**



Print

| | |
|---|---|
| Number | 2409673 |
| Check Date | 06/21/2018 |

3401 Civic Center Blvd
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Ebony D. Boyd
318 Highland Ave
Darby, PA 19023
US

Net Pay 797.18

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Ebony D. Boyd | HOSP | 15090 | 06/16/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 45.00 | 1091.70 | 15648.89 |
| Total Deductions | | 294.52 | 4504.36 |
| Total Net | | 797.18 | 11144.53 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Imputed income on gift card | | | | 88.00 |
| National Holiday | | | | 382.40 |
| PPL Scheduled | 16.00 | 24.26 | 388.16 | 1055.92 |
| PPL Unscheduled | 4.00 | 24.26 | 97.04 | 479.44 |
| Regular | 25.00 | 24.26 | 606.50 | 13646.93 |
| Retroactive Pay | | | | -18.70 |
| Shift Differential | | | | 14.90 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Addt'l Life (1 to 5x salary) | 0.97 | 22.41 |
| Aetna CDHP | 67.61 | 878.93 |
| Aetna Dental PPO Plan | 17.88 | 232.44 |

Pay Stub                                                                                              Page 2 of 2

|  |  |  |
|---|---:|---:|
| City of Philadelphia Wage Tax | 37.83 | 542.30 |
| Emp Prepaid Legal Plan | 9.21 | 119.73 |
| Federal Income Tax Withholding |  |  |
| Long Term Disability - 66 2/3% | 7.19 | 92.49 |
| Medicare Employee | 14.45 | 208.95 |
| Pa State Income Tax | 30.59 | 442.40 |
| Penna UC/SDI Employee Contrib | 0.66 | 9.39 |
| Social Security EE | 61.77 | 893.42 |
| Spouse Life Insurance |  | 18.20 |
| TIAA/Cref Employer Match | 21.84 | 311.26 |
| TIAA/Cref TSA | 43.67 | 622.44 |
| Union Dues |  | 298.29 |
| United Healthcare Vision | 2.69 | 34.97 |

Auto Deposit Distributions

| Account | Amount |
|---|---|

https://lawapppl1.chop.edu/lawson/xhrnet/ui/windowplain.htm                                        7/26/2018

| Pay Stub | | | | Page 1 of 2 |
|---|---|---|---|---|

 **Children's Hospital of Philadelphia**

Print
Number    2396127
Check Date    06/07/2018

3401 Civic Center Blvd
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Ebony D. Boyd
318 Highland Ave
Darby, PA 19023
US

Net Pay  745.27

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Ebony D. Boyd | HOSP | 15090 | 06/02/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 45.00 | 1091.70 | 14557.19 |
| Total Deductions | | 346.43 | 4209.84 |
| Total Net | | 745.27 | 10347.35 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Imputed income on gift card | | | | 88.00 |
| National Holiday | 4.00 | 24.26 | 97.04 | 382.40 |
| PPL Scheduled | | | | 667.76 |
| PPL Unscheduled | | | | 382.40 |
| Regular | 41.00 | 24.26 | 994.66 | 13040.43 |
| Retroactive Pay | | | | -18.70 |
| Shift Differential | | | | 14.90 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| Addt'l Life (1 to 5x salary) | 0.97 | 21.44 |
| Aetna CDHP | 67.61 | 811.32 |
| Aetna Dental PPO Plan | 17.88 | 214.56 |

https://lawapppl1.chop.edu/lawson/xhrnet/ui/windowplain.htm                    7/26/2018

| | | |
|---|---:|---:|
| City of Philadelphia Wage Tax | 37.83 | 504.47 |
| Emp Prepaid Legal Plan | 9.21 | 110.52 |
| Federal Income Tax Withholding | | |
| Long Term Disability - 66 2/3% | 7.19 | 85.30 |
| Medicare Employee | 14.45 | 194.50 |
| Pa State Income Tax | 30.59 | 411.81 |
| Penna UC/SDI Employee Contrib | 0.65 | 8.73 |
| Social Security EE | 61.77 | 831.65 |
| Spouse Life Insurance | | 18.20 |
| TIAA/Cref Employer Match | 21.84 | 289.42 |
| TIAA/Cref TSA | 43.67 | 578.77 |
| Union Dues | 51.92 | 298.29 |
| United Healthcare Vision | 2.69 | 32.28 |

Auto Deposit Distributions

| Account | Amount |
|---|---|

Pay Stub                                                                                                         Page 1 of 2

 **Children's Hospital of Philadelphia**


Print
Number       2362465
Check Date   05/24/2018

3401 Civic Center Blvd
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Ebony D. Boyd                                                                    Net Pay 860.77
318 Highland Ave
Darby, PA 19023                                                                  NON-NEGOTIABLE
US

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Ebony D. Boyd | HOSP | 15090 | 05/19/2018 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 48.00 | 1169.48 | 13465.49 |
| Total Deductions |  | 308.71 | 3863.41 |
| Total Net |  | 860.77 | 9602.08 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Imputed income on gift card |  |  |  | 88.00 |
| National Holiday |  |  |  | 285.36 |
| PPL Scheduled | 4.00 | 24.26 | 97.04 | 667.76 |
| PPL Unscheduled |  |  |  | 382.40 |
| Regular | 44.00 | 24.26 | 1067.44 | 12045.77 |
| Retroactive Pay |  |  |  | -18.70 |
| Shift Differential |  | 5.00 | 5.00 | 14.90 |

Deductions

| Description | Current | Year to Date |
|---|---|---|
| Addt'l Life (1 to 5x salary) | 0.97 | 20.47 |
| Aetna CDHP | 67.61 | 743.71 |
| Aetna Dental PPO Plan | 17.88 | 196.68 |

https://lawappp11.chop.edu/lawson/xhrnet/ui/windowplain.htm                                         7/26/2018

Pay Stub											Page 2 of 2

| | | |
|---|---|---|
| City of Philadelphia Wage Tax | 40.53 | 466.64 |
| Emp Prepaid Legal Plan | 9.21 | 101.31 |
| Federal Income Tax Withholding | | |
| Long Term Disability - 66 2/3% | 7.19 | 78.11 |
| Medicare Employee | 15.57 | 180.05 |
| Pa State Income Tax | 32.98 | 381.22 |
| Penna UC/SDI Employee Contrib | 0.70 | 8.08 |
| Social Security EE | 66.60 | 769.88 |
| Spouse Life Insurance | | 18.20 |
| TIAA/Cref Employer Match | 23.39 | 267.58 |
| TIAA/Cref TSA | 46.78 | 535.10 |
| Union Dues | | 246.37 |
| United Healthcare Vision | 2.69 | 29.59 |

Auto Deposit Distributions

| Account | Amount |
|---|---|

https://lawappp11.chop.edu/lawson/xhrnet/ui/windowplain.htm							7/26/2018