**Philadelphia Support Center**
470 Sentry Parkway East Suite 100
Blue Bell PA 19422
610-592-1410



6/25/2018 - 3:44:00PM

# Trial Franchise Statement Summary
## June, 2018

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| Service Billing | |
|---|---:|
| Monthly Commercial Cleaning Service | 3,650.00 |
| **Total Service Billing** | **3,650.00** |

| Fees | |
|---|---:|
| Royalty and Support Fee | -547.50 |
| General Liability Insurance | -161.00 |
| FOJ | -87.60 |
| Janitorial Bond | -5.95 |
| **Total Fees** | **-802.05** |

| Customer Receivables | |
|---|---:|
| Chargeback for Customers non payment | 0.00 |
| Payback | 0.00 |
| Collection Recovery | 0.00 |
| **Total Receivables** | **0.00** |

| Note Payments | |
|---|---:|
| Note Principal | -580.87 |
| Note Interest | -90.30 |
| **Total Note Payments** | **-671.17** |

| Supplies/Equipment Purchased | *(Does not factor into total!)* |
|---|---:|
| Equipment Purchased | 0.00 |
| Supply Purchased | 0.00 |
| **SubTotal for Purchases** | **0.00** |
| Taxes | 0.00 |
| **Total for Purchases** | **0.00** |

| Other Deductions and Charges | 0.00 |
|---|---:|

| **Check Amount** | **2,176.78** |
|---|---:|

*In order to help you provide your National Account Customers with superior service, Coverall will be launching monthly email surveys beginning in November 2017. Speak to your local Support Center for details.*

*Para poder brindarles un mejor servicio a sus clientes de cuenta nacional, Coverall enviará encuestas mensuales por medio de correo electrónico a partir de noviembre de 2017. Para obtener más información, hable con el Centro de apoyo de su localidad.*

This is a Trial Statement only. The entries on your Final Statement may vary from your trial statement . Please review this Trial Statement carefully and advise us immediately of any errors or omissions.

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| RS Cust # | Customer Site | Start/End | Inv # | Billed | Gross | R/S | Net |
|---|---|---|---|---|---|---|---|
| **Regular** | | | | | | | |
| 102-44212 | Acro Pharmaceutical Services | 6/1/2018 6/30/2018 | 1020327217 | 1,020.00 | 1,020.00 | 153.00 | 867.00 |
| | Commercial Cleaning Services | | | | | | |
| 102-44617 | Parent Infant Center | 6/1/2018 6/30/2018 | 1020327361 | 1,200.00 | 1,200.00 | 180.00 | 1,020.00 |
| | Commercial Cleaning Services | | | | | | |
| 102-44691 | Repair the World | 6/1/2018 6/30/2018 | 1020327390 | 235.00 | 235.00 | 35.25 | 199.75 |
| | Commercial Cleaning Services | | | | | | |
| 102-44256 | Senior Care | 6/1/2018 6/30/2018 | 1020327229 | 810.00 | 810.00 | 121.50 | 688.50 |
| | Commercial Cleaning Services | | | | | | |
| 102-44750 | Wiggles-N-Giggles Childcare | 6/1/2018 6/30/2018 | 1020327422 | 385.00 | 385.00 | 57.75 | 327.25 |
| | Commercial Cleaning Services | | | | | | |
| | | **Section Total:** | | | 3,650.00 | 547.50 | 3,102.50 |

**Note Payments**

| Note # | Payment # | | Previous Bal. | Principal | Interest | Cur. Payment | Cur. Balance |
|---|---|---|---|---|---|---|---|
| 102-75773 | 6 Of 6 | 4426 - 4-6 Month Additional Business Note - 102-44212 - Acro Pharmaceutical Services | 268.27 | -268.27 | -2.01 | -270.28 | 0.00 |
| 102-75503 | 17 Of 36 | 4418 - Initial Sale Long Term | 8,829.09 | -312.60 | -88.29 | -400.89 | 8,516.49 |
| | | **Section Total:** | 9,097.36 | -580.87 | -90.30 | -671.17 | 8,516.49 |

FranchiseStatements.rpt

**Philadelphia Support Center**
470 Sentry Parkway East Suite 100
Blue Bell PA 19422
610-592-1410


**COVERALL**
HEALTH-BASED CLEANING SYSTEM™

6/25/2018 - 3:51:04PM

# Franchise Statement Summary
## May, 2018

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| Service Billing | |
|---|---:|
| Monthly Commercial Cleaning Service | 3,650.00 |
| Special Commercial Cleaning Service | 50.00 |
| Finders Fee | -10.00 |
| **Total Service Billing** | **3,690.00** |

| Fees | |
|---|---:|
| Royalty and Support Fee | -553.50 |
| General Liability Insurance | -161.00 |
| FOJ | -88.56 |
| Janitorial Bond | -5.95 |
| **Total Fees** | **-809.01** |

| Customer Receivables | |
|---|---:|
| Chargeback for Customers non payment | 0.00 |
| Payback | 0.00 |
| Collection Recovery | 0.00 |
| **Total Receivables** | **0.00** |

| Note Payments | |
|---|---:|
| Note Principal | -575.78 |
| Note Interest | -95.40 |
| **Total Note Payments** | **-671.18** |

| Supplies/Equipment Purchased | *(Does not factor into total!)* |
|---|---:|
| Equipment Purchased | 0.00 |
| Supply Purchased | 0.00 |
| **SubTotal for Purchases** | **0.00** |
| Taxes | 0.00 |
| **Total for Purchases** | **0.00** |

| Other Deductions and Charges | 0.00 |
|---|---:|

| Check Amount | 2,209.81 |
|---|---:|

*In order to help you provide your National Account Customers with superior service, Coverall will be launching monthly email surveys beginning in November 2017. Speak to your local Support Center for details.*

*Para poder brindarles un mejor servicio a sus clientes de cuenta nacional, Coverall enviará encuestas mensuales por medio de correo electrónico a partir de noviembre de 2017. Para obtener más información, hable con el Centro de apoyo de su localidad.*

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| RS Cust # | Customer Site | Start/End | Inv # | Billed | Gross | R/S | Net |
|---|---|---|---|---|---|---|---|
| **Regular** | | | | | | | |
| 102-44212 | Acro Pharmaceutical Services | 5/1/2018 5/31/2018 | 1020326364 | 1,020.00 | 1,020.00 | 153.00 | 867.00 |
| | Commercial Cleaning Services | | | | | | |
| 102-44617 | Parent Infant Center | 5/1/2018 5/31/2018 | 1020326517 | 1,200.00 | 1,200.00 | 180.00 | 1,020.00 |
| | Commercial Cleaning Services | | | | | | |
| 102-44691 | Repair the World | 5/1/2018 5/31/2018 | 1020326549 | 235.00 | 235.00 | 35.25 | 199.75 |
| | Commercial Cleaning Services | | | | | | |
| 102-44256 | Senior Care | 5/1/2018 5/31/2018 | 1020326376 | 810.00 | 810.00 | 121.50 | 688.50 |
| | Commercial Cleaning Services | | | | | | |
| 102-44750 | Wiggles-N-Giggles Childcare | 5/1/2018 5/31/2018 | 1020326581 | 385.00 | 385.00 | 57.75 | 327.25 |
| | Commercial Cleaning Services | | | | | | |

| SS Cust # | Customer Site | Start/End | Inv # | Billed | Gross | R/S | Net |
|---|---|---|---|---|---|---|---|
| **Regular** | | | | | | | |
| 102-44691 | Repair the World | 5/16/2018 5/16/2018 | 1020326781 | 50.00 | 40.00 | 6.00 | 34.00 |
| | Special Commercial Cleaning Service - Special Function Clean-Up | | | | | | |
| | | | Section Total: | | 3,690.00 | 553.50 | 3,136.50 |

| Note Payments | | | | | | | |
|---|---|---|---|---|---|---|---|

| Note # | Payment # | | Previous Bal. | Principal | Interest | Cur. Payment | Cur. Balance |
|---|---|---|---|---|---|---|---|
| 102-75773 | 5 Of 6 | 4426 - 4-6 Month Additional Business Note - 102-44212 - Acro Pharmaceutical Services | 534.55 | -266.28 | -4.01 | -270.29 | 268.27 |
| 102-75503 | 16 Of 36 | 4418 - Initial Sale Long Term | 9,138.59 | -309.50 | -91.39 | -400.89 | 8,829.09 |
| | | Section Total: | 9,673.14 | -575.78 | -95.40 | -671.18 | 9,097.36 |

| FOJ Detail | |
|---|---|
| FOJ First Level Fee | 0.00 |

**Philadelphia Support Center**
470 Sentry Parkway East Suite 100
Blue Bell PA 19422
610-592-1410



4/25/2018 - 8:13:41AM

## Trial Franchise Statement Summary
### April, 2018

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| Service Billing | |
|---|---:|
| Monthly Commercial Cleaning Service | 3,550.00 |
| Special Commercial Cleaning Service | 120.00 |
| Credit Special Commercial Cleaning Service | -59.23 |
| **Total Service Billing** | **3,610.77** |

| Fees | |
|---|---:|
| Royalty and Support Fee | -541.62 |
| General Liability Insurance | -161.00 |
| FOJ | -86.66 |
| Janitorial Bond | -5.95 |
| **Total Fees** | **-795.23** |

| Customer Receivables | |
|---|---:|
| Chargeback for Customers non payment | 0.00 |
| Payback | 0.00 |
| Collection Recovery | 0.00 |
| **Total Receivables** | **0.00** |

| Note Payments | |
|---|---:|
| Note Principal | -570.74 |
| Note Interest | -100.44 |
| **Total Note Payments** | **-671.18** |

| Supplies/Equipment Purchased | *(Does not factor into total)* |
|---|---:|
| Equipment Purchased | 0.00 |
| Supply Purchased | 0.00 |
| SubTotal for Purchases | 0.00 |
| Taxes | 0.00 |
| Total for Purchases | 0.00 |

| Other Deductions and Charges | 0.00 |
|---|---:|

| **Check Amount** | **2,144.36** |
|---|---:|

*In order to help you provide your National Account Customers with superior service, Coverall will be launching monthly email surveys beginning in November 2017. Speak to your local Support Center for details.*

*Para poder brindarles un mejor servicio a sus clientes de cuenta nacional, Coverall enviará encuestas mensuales por medio de correo electrónico a partir de noviembre de 2017. Para obtener más información, hable con el Centro de apoyo de su localidad.*

This is a Trial Statement only. The entries on your Final Statement may vary from your trial statement. Please review this Trial Statement carefully and advise us immediately of any errors or omissions.

1 Of 2

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| RS Cust # | Customer Site | Start/End | Inv # | Billed | Gross | R/S | Net |
|---|---|---|---|---|---|---|---|
| Regular | | | | | | | |
| 102-44212 | Acro Pharmaceutical Services | 4/1/2018 4/30/2018 | 1020325584 | 990.00 | 990.00 | 148.50 | 841.50 |
| | Commercial Cleaning Services | | | | | | |
| 102-44617 | Parent Infant Center | 4/1/2018 4/30/2018 | 1020325740 | 1,200.00 | 1,200.00 | 180.00 | 1,020.00 |
| | Commercial Cleaning Services | | | | | | |
| 102-44691 | Repair the World | 4/1/2018 4/30/2018 | 1020325773 | 165.00 | 165.00 | 24.75 | 140.25 |
| | Commercial Cleaning Services | | | | | | |
| 102-44256 | Senior Care | 4/1/2018 4/30/2018 | 1020325598 | 810.00 | 810.00 | 121.50 | 688.50 |
| | Commercial Cleaning Services | | | | | | |
| 102-44750 | Wiggles-N-Giggles Childcare | 4/1/2018 4/30/2018 | 1020325806 | 385.00 | 385.00 | 57.75 | 327.25 |
| | Commercial Cleaning Services | | | | | | |

| RSCR Cust # | Customer Site | Start/End | Inv # | Billed | Gross | R/S | Net |
|---|---|---|---|---|---|---|---|
| Regular | | | | | | | |
| 102-44750 | Wiggles-N-Giggles Childcare | 3/3/2018 3/21/2018 | 1020325949 | -59.23 | -59.23 | -8.88 | -50.35 |
| | Commercial Cleaning  Service Credit - Customer Requested No Service | | | | | | |

| RSP Cust # | Customer Site | Start/End | Inv # | Billed | Gross | R/S | Net |
|---|---|---|---|---|---|---|---|
| Regular | | | | | | | |
| 102-44212 | Acro Pharmaceutical Services | 1/1/2018 4/30/2018 | 1020325908 | 120.00 | 120.00 | 18.00 | 102.00 |
| | Pro Rate Billing for Commercial Cleaning Services - Refrigerator Cleaning | | | | | | |
| | | Section Total: | | | 3,610.77 | 541.62 | 3,069.15 |

**Note Payments**

| Note # | Payment # | | Previous Bal. | Principal | Interest | Cur. Payment | Cur. Balance |
|---|---|---|---|---|---|---|---|
| 102-75773 | 4  Of 6 | 4426 - 4-6 Month Additional Business Note - 102-44212 - Acro Pharmaceutical Services | 798.85 | -264.30 | -5.99 | -270.29 | 534.55 |
| 102-75503 | 15  Of 36 | 4418 - Initial Sale Long Term | 9,445.03 | -306.44 | -94.45 | -400.89 | 9,138.59 |
| | | Section Total: | 10,243.88 | -570.74 | -100.44 | -671.18 | 9,673.14 |

FranchiseStatements.rpt

**Philadelphia Support Center**
470 Sentry Parkway East Suite 100
Blue Bell PA 19422
610-592-1410



3/27/2018 - 8:55:51AM

## Trial Franchise Statement Summary
### March, 2018

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| | |
|---|---:|
| **Service Billing** | |
| Monthly Commercial Cleaning Service | 3,550.00 |
| **Total Service Billing** | **3,550.00** |
| **Fees** | |
| Royalty and Support Fee | -532.50 |
| General Liability Insurance | -161.00 |
| FOJ | -85.20 |
| Janitorial Bond | -5.95 |
| **Total Fees** | **-784.65** |
| **Customer Receivables** | |
| Chargeback for Customers non payment | 0.00 |
| Payback | 0.00 |
| Collection Recovery | 0.00 |
| **Total Receivables** | **0.00** |
| **Note Payments** | |
| Note Principal | -565.74 |
| Note Interest | -105.44 |
| **Total Note Payments** | **-671.18** |
| **Supplies/Equipment Purchased** | *(Does not factor into total)* |
| Equipment Purchased | 0.00 |
| Supply Purchased | 0.00 |
| **SubTotal for Purchases** | **0.00** |
| Taxes | 0.00 |
| **Total for Purchases** | **0.00** |
| **Other Deductions and Charges** | **0.00** |
| **Check Amount** | **2,094.17** |

*In order to help you provide your National Account Customers with superior service, Coverall will be launching monthly email surveys beginning in November 2017. Speak to your local Support Center for details.*

*Para poder brindarles un mejor servicio a sus clientes de cuenta nacional, Coverall enviará encuestas mensuales por medio de correo electrónico a partir de noviembre de 2017. Para obtener más información, hable con el Centro de apoyo de su localidad.*

This is a Trial Statement only. The entries on your Final Statement may vary from your trial statement. Please review this Trial Statement carefully and advise us immediately of any errors or omissions.

1 Of 2

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| RS Cust # | Customer Site | Start/End | Inv # | Billed | Gross | R/S | Net |
|---|---|---|---|---|---|---|---|
| **Regular** | | | | | | | |
| 102-44212 | Acro Pharmaceutical Services | 3/1/2018 3/31/2018 | 1020324769 | 990.00 | 990.00 | 148.50 | 841.50 |
| | Commercial Cleaning Services | | | | | | |
| 102-44617 | Parent Infant Center | 3/1/2018 3/31/2018 | 1020324931 | 1,200.00 | 1,200.00 | 180.00 | 1,020.00 |
| | Commercial Cleaning Services | | | | | | |
| 102-44691 | Repair the World | 3/1/2018 3/31/2018 | 1020324965 | 165.00 | 165.00 | 24.75 | 140.25 |
| | Commercial Cleaning Services | | | | | | |
| 102-44256 | Senior Care | 3/1/2018 3/31/2018 | 1020324783 | 810.00 | 810.00 | 121.50 | 688.50 |
| | Commercial Cleaning Services | | | | | | |
| 102-44750 | Wiggles-N-Giggles Childcare | 3/1/2018 3/31/2018 | 1020324997 | 385.00 | 385.00 | 57.75 | 327.25 |
| | Commercial Cleaning Services | | | | | | |
| | | **Section Total:** | | | 3,550.00 | 532.50 | 3,017.50 |

**Note Payments**

| Note # | Payment # | | Previous Bal. | Principal | Interest | Cur. Payment | Cur. Balance |
|---|---|---|---|---|---|---|---|
| 102-75773 | 3 Of 6 | 4426 - 4-6 Month Additional Business Note - 102-44212 - Acro Pharmaceutical Services | 1,061.18 | -262.33 | -7.96 | -270.29 | 798.85 |
| 102-75503 | 14 Of 36 | 4418 - Initial Sale Long Term | 9,748.44 | -303.41 | -97.48 | -400.89 | 9,445.03 |
| | | **Section Total:** | 10,809.62 | -565.74 | -105.44 | -671.18 | 10,243.88 |

FranchiseStatements.rpt

**Philadelphia Support Center**
470 Sentry Parkway East Suite 100
Blue Bell PA 19422
610-592-1410



2/22/2018 - 10:31:17AM

## Trial Franchise Statement Summary
### February, 2018

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| Service Billing | |
|---|---:|
| Monthly Commercial Cleaning Service | 3,550.00 |
| **Total Service Billing** | **3,550.00** |

| Fees | |
|---|---:|
| Royalty and Support Fee | -532.50 |
| General Liability Insurance | -161.00 |
| FOJ | -85.20 |
| Janitorial Bond | -5.95 |
| **Total Fees** | **-784.65** |

| Customer Receivables | |
|---|---:|
| Chargeback for Customers non payment | 0.00 |
| Payback | 0.00 |
| Collection Recovery | 0.00 |
| **Total Receivables** | **0.00** |

| Note Payments | |
|---|---:|
| Note Principal | -560.78 |
| Note Interest | -110.40 |
| **Total Note Payments** | **-671.18** |

| Supplies/Equipment Purchased | *(Does not factor into total!)* |
|---|---:|
| Equipment Purchased | 0.00 |
| Supply Purchased | -25.46 |
| **SubTotal for Purchases** | **-25.46** |
| Taxes | -1.53 |
| **Total for Purchases** | **-26.99** |

| Other Deductions and Charges | -26.99 |
|---|---:|

| **Check Amount** | **2,067.18** |
|---|---:|

*In order to help you provide your National Account Customers with superior service, Coverall will be launching monthly email surveys beginning in November 2017. Speak to your local Support Center for details.*

*Para poder brindarles un mejor servicio a sus clientes de cuenta nacional, Coverall enviará encuestas mensuales por medio de correo electrónico a partir de noviembre de 2017. Para obtener más información, hable con el Centro de apoyo de su localidad.*

This is a Trial Statement only. The entries on your Final Statement may vary from your trial statement. Please review this Trial Statement carefully and advise us immediately of any errors or omissions.

1 of 2

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| RS Cust # | Customer Site | Start/End | Inv # | Billed | Gross | R/S | Net |
|---|---|---|---|---|---|---|---|
| **Regular** | | | | | | | |
| 102-44212 | Acro Pharmaceutical Services | 2/1/2018 2/28/2018 | 1020323939 | 990.00 | 990.00 | 148.50 | 841.50 |
| | Commercial Cleaning Services | | | | | | |
| 102-44617 | Parent Infant Center | 2/1/2018 2/28/2018 | 1020324110 | 1,200.00 | 1,200.00 | 180.00 | 1,020.00 |
| | Commercial Cleaning Services | | | | | | |
| 102-44691 | Repair the World | 2/1/2018 2/28/2018 | 1020324145 | 165.00 | 165.00 | 24.75 | 140.25 |
| | Commercial Cleaning Services | | | | | | |
| 102-44256 | Senior Care | 2/1/2018 2/28/2018 | 1020323954 | 810.00 | 810.00 | 121.50 | 688.50 |
| | Commercial Cleaning Services | | | | | | |
| 102-44750 | Wiggles-N-Giggles Childcare | 2/1/2018 2/28/2018 | 1020324180 | 385.00 | 385.00 | 57.75 | 327.25 |
| | Commercial Cleaning Services | | | | | | |
| | | **Section Total:** | | | 3,550.00 | 532.50 | 3,017.50 |

### Note Payments

| Note # | Payment # | | Previous Bal. | Principal | Interest | Cur. Payment | Cur. Balance |
|---|---|---|---|---|---|---|---|
| 102-75773 | 2 Of 6 | 4426 - 4-6 Month Additional Business Note - 102-44212 - Acro Pharmaceutical Services | 1,321.56 | -260.38 | -9.91 | -270.29 | 1,061.18 |
| 102-75503 | 13 Of 36 | 4418 - Initial Sale Long Term | 10,048.84 | -300.40 | -100.49 | -400.89 | 9,748.44 |
| | | **Section Total:** | 11,370.40 | -560.78 | -110.40 | -671.18 | 10,809.62 |

### Supplies/Equipment Purchased

| SO # | Date | SO Type | Description | Qty | Price | Extended | Tax | Billed |
|---|---|---|---|---|---|---|---|---|
| 102-4374 | 2/5/2018 | Supply | | | | | | |
| | | | Kaivac 18" Blue Wet Mop Pads-Package of 5 | 2 | 12.73 | 25.46 | 1.53 | 26.99 |
| | | | **Section Total:** | | | | | 26.99 |

### Other Deductions and Charges

| | | | | |
|---|---|---|---|---|
| SO #: 102-4374 | | | 1 of 1 | -26.99 |
| | | **Section Total:** | | -26.99 |

FranchiseStatements.rpt

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| RS Cust # | Customer Site | Start/End | Inv # | Billed | Gross | R/S | Net |
|---|---|---|---|---|---|---|---|
| **Regular** | | | | | | | |
| 102-44212 | Acro Pharmaceutical Services | 1/1/2018 1/31/2018 | 1020323109 | 990.00 | 990.00 | 148.50 | 841.50 |
| | Commercial Cleaning Services | | | | | | |
| 102-44617 | Parent Infant Center | 1/1/2018 1/31/2018 | 1020323287 | 1,200.00 | 1,200.00 | 180.00 | 1,020.00 |
| | Commercial Cleaning Services | | | | | | |
| 102-44691 | Repair the World | 1/1/2018 1/31/2018 | 1020323325 | 165.00 | 165.00 | 24.75 | 140.25 |
| | Commercial Cleaning Services | | | | | | |
| 102-44256 | Senior Care | 1/1/2018 1/31/2018 | 1020323124 | 810.00 | 810.00 | 121.50 | 688.50 |
| | Commercial Cleaning Services | | | | | | |
| 102-44750 | Wiggles N Giggles Childcare | 1/1/2018 1/31/2018 | 1020323362 | 385.00 | 385.00 | 57.75 | 327.25 |
| | Commercial Cleaning Services | | | | | | |
| | | Section Total: | | | 3,550.00 | -532.50 | 3,017.50 |

**Note Payments**

| Note # | Payment # | | Previous Bal. | Principal | Interest | Cur. Payment | Cur. Balance |
|---|---|---|---|---|---|---|---|
| 102-75773 | 1 Of 6 | 4426 - 4-6 Month Additional Business Note - 102-44212 - Acro Pharmaceutical Services | 1,580.00 | -258.44 | -11.85 | -270.29 | 1,321.56 |
| 102-75503 | 12 Of 36 | 4418 - Initial Sale Long Term | 10,346.27 | -297.43 | -103.46 | -400.89 | 10,048.84 |
| | | Section Total: | 11,926.27 | -555.87 | -115.31 | -671.18 | 11,370.40 |

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

# Philadelphia Support Center
470 Sentry Parkway East Suite 100
Blue Bell PA 19422
610-592-1410



1/25/2018 - 9:31:05AM

## Trial Franchise Statement Summary
### January, 2018

Franchise Owner: E. Murphy Enterprises LLC
Franchise Number: 102-1327
318 Highland Ave
DARBY, PA 19023

| | |
|---|---:|
| **Service Billing** | |
| Monthly Commercial Cleaning Service | 3,550.00 |
| **Total Service Billing** | **3,550.00** |
| **Fees** | |
| Royalty and Support Fee | -532.50 |
| General Liability Insurance | -161.00 |
| FOI | -85.20 |
| Janitorial Bond | -5.95 |
| **Total Fees** | **-784.65** |
| **Customer Receivables** | |
| Chargeback for Customers non payment | 0.00 |
| Payback | 0.00 |
| Collection Recovery | 0.00 |
| **Total Receivables** | **0.00** |
| **Note Payments** | |
| Note Principal | -555.87 |
| Note Interest | -115.31 |
| **Total Note Payments** | **-671.18** |
| **Supplies/Equipment Purchased** | *(Does not factor into total)* |
| Equipment Purchased | 0.00 |
| Supply Purchased | 0.00 |
| **SubTotal for Purchases** | **0.00** |
| Taxes | 0.00 |
| **Total for Purchases** | **0.00** |
| **Other Deductions and Charges** | **0.00** |
| **Check Amount** | **2,094.17** |

In order to help you provide your National Account Customers with superior service, Coverall will be launching monthly email surveys beginning in November 2017. Speak to your local Support Center for details.

Para poder brindarles un mejor servicio a sus clientes de cuenta nacional, Coverall enviará encuestas mensuales por medio de correo electrónico a partir de noviembre de 2017. Para obtener más información, hable con el Centro de apoyo de su localidad.

This is a Trial Statement only. The entries on your Final Statement may vary from your trial statement. Please review this Trial Statement carefully and advise us immediately of any errors or omissions.

(1 of 2)