UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

EBONY DENISE BOYD,

Debtor.

Chapter 7

Bankruptcy No. 18-15505-AMC

\* \* \* \* \* \* \*

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Creditor, TD Auto Finance LLC, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated August 29, 2018, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, ON MOTION of TD Auto Finance LLC, by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, TD Auto Finance LLC, to obtain possession and dispose of its collateral; namely, one (1) 2010 BMW 5 Series 550i (V.I.N. WBASP4C52AC341285); and it is further

ORDERED, that TD Auto Finance LLC shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

Dated:   Philadelphia, Pennsylvania
         September 24, 2018

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge
Eastern District of Pennsylvania