United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15505-amc
Ebony Denise Boyd                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi                  Page 1 of 1           Date Rcvd: Sep 24, 2018
                             Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db             +Ebony Denise Boyd,    318 Highland Avenue,    Darby, PA 19023-2007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Ebony Denise Boyd bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    EBONY DENISE BOYD,

            Debtor.

Chapter 7

Bankruptcy No. 18-15505-AMC

\* \* \* \* \* \* \*

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Creditor, TD Auto Finance LLC, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated August 29, 2018, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, ON MOTION of TD Auto Finance LLC, by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, TD Auto Finance LLC, to obtain possession and dispose of its collateral; namely, one (1) 2010 BMW 5 Series 550i (V.I.N. WBASP4C52AC341285); and it is further

ORDERED, that TD Auto Finance LLC shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

Dated:   Philadelphia, Pennsylvania
         September 24, 2018

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge
Eastern District of Pennsylvania