# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ebony Denise Boyd<br>Debtor(s) | CHAPTER 7 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>Movant<br>vs.| NO. 18-15505 AMC |
| Ebony Denise Boyd<br>Debtor(s) | 11 U.S.C. Section 362 |
| TERRY P. DERSHAW<br>Trustee | |

## ORDER

AND NOW, this 14th day of November, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 318 Highland Avenue, Darby, PA 19023-2007 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge

Ebony Denise Boyd
318 Highland Avenue
Darby, PA 19023-2007

Stephen Matthew Dunne,
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532